## 49725. CHAMBERS et al. v. WALKER.

QUILLIAN, Judge.

This is an appeal from a judgment for damages which was entered by a judge of the Civil Court of Fulton County, who was sitting in lieu of a jury. The evidence was sufficient to support the judgment and the enumerations of error are without merit.

*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

ARGUED OCTOBER 7, 1974 — DECIDED NOVEMBER 8, 1974.

*R. P. Herndon,* for appellants.
*Van Gerpen & Bovis, John V. Burch,* for appellee.